STATE v. ABE PERCANSKY AND OTHERS.[1]

February 4, 1927.

No. 25,842.

**Appeal without merit.**

Appeal from a conviction of disorderly conduct *held* without merit.

Criminal Law, 17 C. J. p. 264 n. 89.

Defendants appealed from an order of the municipal court of Minneapolis, Fosseen, J., denying their motion for a new trial. Affirmed.

*Harry G. Pliam* and *H. Z. Mendow,* for appellants.

*Neil M. Cronin,* City Attorney, and *Arthur P. Jensen,* Assistant City Attorney, for the state.

PER CURIAM.

After conviction of disorderly conduct, defendants appeal from the order denying their motion for a new trial.

The conviction is challenged only upon the ground that it is not sustained by the evidence. Our examination of the record convinces us that the appeal is without merit. The evidence for the prosecution, much of it from disinterested witnesses, is ample to sustain the conviction. The evidence contra comes from defendants alone. It did not appeal to the trial judge, nor does it to us.

Order affirmed.

[1]Reported in 212 N. W. 7.